Electronically Filed
Kahalah A. Clay
Circuit Clerk
MARGARET SMITH
18L0809
St. Clair County
12/14/2018 1:12 PM
3218258

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

CANDICE S. KEHOE, )
)
Plaintiff, )
)
v. )   Case No.  18-L- **809**
)
HAMDIJA EFENDIC and )
E & A TRUCKING LLC, )
)
Defendants. )

**COMPLAINT**
Count I
(Negligence-Hamdija Efendic)

Now comes plaintiff, CANDICE S. KEHOE, by and through her attorney, GREGORY M. SKINNER, and for Count I of her complaint against defendant HAMDIJA EFENDIC, states as follows:

1. On February 9, 2018, plaintiff, CANDICE S. KEHOE, was a resident of Belleville, St. Clair County, Illinois.

2. On February 9, 2018, plaintiff, CANDICE S. KEHOE was operating a Nissan Versa northbound Illinois Route 4 approaching its intersection with I-64 westbound exit ramp in Mascoutah, St. Clair County, Illinois.

3. On February 9, 2018, defendant, HAMDIJA EFENDIC, was operating a Volvo tractor trailer westbound on I-64 westbound exit ramp approaching Illinois Route 4 in Mascoutah, St. Clair County, Illinois.

4. At said time and place, defendant, HAMDIJA EFENDIC, committed one or more of the

1

Exhibit A

following negligent acts or omissions:

    a.  he negligently and carelessly failed to keep his tractor trailer under proper control;

    b.  he negligently and carelessly failed to keep a proper lookout for other vehicles on the roadway;

    c.  he negligently and carelessly failed to stop at a stop sign;

    d.  he negligently and carelessly failed to yield for other vehicles on the roadway;

    e.  he negligently and carelessly entered an intersection when it was not safe for him to do so;

    f.  he negligently and carelessly operated his tractor trailer when he was drowsy or sleepy;

    g.  he negligently and carelessly drove in excess of the time limit specified by the Department of Transportation; and

    h.  he was otherwise negligent.

4.  As a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of defendant, HAMDIJA EFENDIC, the vehicle defendant was driving pulled in front of the vehicle driven by plaintiff, CANDICE S. KEHOE, causing a violent collision and causing plaintiff to sustain severe and permanently disabling injuries more specifically to wit:  she sustained injuries to her left knee; right eye, neck, back, and other portions of her body; plaintiff sustained great pain and mental anguish; plaintiff has lost and in the future will continue to lose large sums of money in her inability to pursue her normal gainful occupation; plaintiff has suffered permanent disability and disfigurement; plaintiff has paid or will become liable to pay and in future will continue to pay large sums of money procuring the necessary hospital and medical treatment; all to the damage of plaintiff in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus cost of suit.

WHEREFORE, plaintiff, CANDICE S. KEHOE, demands judgment against defendant HAMDIJA EFENDIC in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

2

## Count II
### (Negligence-E & A Trucking LLC)

Now comes plaintiff, CANDICE S. KEHOE, by and through her attorney, GREGORY M. SKINNER, and for Count II of her complaint against defendant E & A TRUCKING LLC, states as follows:

1. On February 9, 2018, plaintiff, CANDICE S. KEHOE, was a resident of Belleville, St. Clair County, Illinois.

2. On February 9, 2018, plaintiff, CANDICE S. KEHOE was operating a Nissan Versa northbound Illinois Route 4 approaching its intersection with I-64 westbound exit ramp in Mascoutah, St. Clair County, Illinois.

3. On February 9, 2018, defendant, HAMDIJA EFENDIC as an agent or employee of defendant, E & A TRUCKING LLC, was operating a Volvo tractor trailer westbound on I-64 westbound exit ramp approaching Illinois Route 4 in Mascoutah, St. Clair County, Illinois.

4. On February 9, 2018 and at all relevant time, defendant, E & A TRUCKING LLC, was a limited liability company doing business in St. Clair County, Illinois.

5. At said time and place, defendant, E & A TRUCKING, LLC, by and through its agents or employees, committed one or more of the following negligent acts or omissions:

   a. it negligently and carelessly failed to properly train defendant, HAMDIJA EFENDIC;
   b. it negligently and carelessly failed to properly supervise defendant, HAMDIJA EFENDIC;
   c. it negligently and carelessly failed to properly screen and/or prepare a proper background check of defendant, HAMDIJA EFENDIC;
   d. it negligently and carelessly failed to keep its tractor trailer under proper control;

3

e.   it negligently and carelessly failed to keep a proper lookout for other vehicles on the roadway;

f.   it negligently and carelessly  failed to stop at a stop sign;

g.   it negligently and carelessly  failed to yield for other vehicles on the roadway;

h.   it negligently and carelessly  entered an intersection when it was not safe to do so;

i.   it negligently and carelessly operated its tractor trailer when drowsy or sleepy;

j.   it negligently and carelessly  drove in excess of the time limit specified by the Department of Transportation; and

k.   it was otherwise negligent.

4.   As a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of defendant, E & A TRUCKING LLC by and through its agents or employees, the vehicle defendant's agents or employees was driving pulled in front of the vehicle driven by plaintiff, CANDICE S. KEHOE, causing a violent collision and causing plaintiff to sustain severe and permanently disabling injuries more specifically to wit:  she sustained injuries to her left knee; right eye, neck, back, and other portions of her body; plaintiff sustained great pain and mental anguish; plaintiff has lost and in the future will continue to lose large sums of money in her inability to pursue her normal gainful occupation; plaintiff has suffered permanent disability and disfigurement; plaintiff has paid or will become liable to pay and in future will continue to pay large sums of money procuring the necessary hospital and medical treatment; all to the damage of plaintiff in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus cost of suit.

WHEREFORE, plaintiff, CANDICE S. KEHOE, demands judgment against defendant E & A TRUCKING LLC in a sum in excess of Fifty Thousand Dollars ($50,000.00), plus costs of suit.

GREGORY M. SKINNER #06190596
Attorney at Law
107 West Main Street, Suite 3
Belleville, IL 62220
(618) 222-2000

4