IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDICE S. KEHOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  19-cv-97-SMY-GCS |
| | ) |
| HAMDIJA EFENDIC and E & A TRUCKING LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT**

COME NOW Defendants Hamdija Efendic and E & A Trucking LLC, by and through their undersigned counsel, and hereby notify this Court that the parties have reached settlement.  Per the terms of the Settlement Agreement dated June 18, 2019, settlement documents and funds are to be exchanged within 30 days.  Stipulation of Dismissal will be filed upon the completion of settlement.

    Respectfully submitted,

    **HAMDIJA EFENDIC and
E & A TRUCKING LLC, Defendants**

    BY:  /s/ Jennifer L. Maloney
    HEYL, ROYSTER, VOELKER & ALLEN
    Robert J. Bassett #6192950
    Jennifer L. Maloney #6282750

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
P.O. Box 775430
St. Louis, Missouri 63177
Phone: 314.241.2018
Primary e-service: stlecf@heylroyster.com
Secondary e-service #1: rbassett@heylroyster.com
Secondary e-service #2: jmaloney@heylroyster.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served upon all counsel of record on June 16, 2019, via the Court's CM/ECF system.

                                                                                   */s/Jennifer L. Maloney*