IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDICE S. KEHOE, | ) |
|        Plaintiff, | ) ) ) |
| vs. | )   Case No. 19-cv-97-SMY-GCS ) |
| E&A TRUCKING, LLC and HAMDIJA EFENDIC, | ) ) ) |
|        Defendants. | ) ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendants are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

DATED:  November 5, 2019    MARGARET M. ROBERTIE,
Clerk of Court

By: s/ Stacie Hurst, Deputy Clerk

Approved:

*[signature]*

**STACI M. YANDLE**
**DISTRICT JUDGE**